# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

### Eastern Division

**MARK RUSSELL**
   **Petitioner,**

        **JUDGMENT IN A CIVIL CASE**

**v.**

**WANZA JACKSON, WARDEN,**  **CASE NO.  C2-08-171**
   **Respondent.**    **JUDGE EDMUND A. SARGUS, JR.**
         **MAGISTRATE JUDGE NORAH MCCANN KING**

___ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

 **Pursuant to the OPINION and ORDER filed August 11, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: August 11, 2009      JAMES BONINI, CLERK

          */S/ Andy F. Quisumbing*
          (By) Andy F. Quisumbing
          Courtroom Deputy Clerk